◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD CARSON, Appellant. [43 NYS3d 914]—Appeal by the defendant from a judgment of the County Court, Suffolk County (R. Doyle, J.), rendered April 4, 2011, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

The brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]) was sufficient, and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Balkin, J.P., Chambers, Roman, Duffy and Barros, JJ., concur.